```
 1   4
     BENNY D. BARCO, #253924
 2   PASCUZZI, MOORE & STOKER
     A Professional Corporation
 3   2377 West Shaw Avenue, Suite 201
     Fresno, California 93711
 4   Telephone:   (559) 227-1100
     Facsimile:   (559) 227-1290
 5   E-Mail:      BBarco@pascuzzi.net

 6
     Attorney for: Debtor(s)
 7   GARY R. PHELPS and LINDA E. PHELPS

 8
                    UNITED STATES BANKRUPTCY COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                               *****
11   In the Matter of          )   Case No. 11-17325-A-13F
                               )
12   GARY R. PHELPS            )   DCN: BDB-2
                               )
13   &                         )   CERTIFICATE OF SERVICE
                               )
14   LINDA E. PHELPS           )   DATE:  October 3, 2013
                               )   TIME:  9:00 am
15                             )   PLACE: U.S. Bankruptcy Court
                               )          2500 Tulare Street,
16   Debtors.                  )          5th Floor, Court Room 11
                               )          Fresno, CA 93721
17                             )   JUDGE: Honorable Fredrick E. Clement
                               )
18                             )
```

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury that I am a citizen of the United States, employed in the United States, employed in the County of Fresno, State of California. I am over the age of 18 years and not a party to the within action. My business address is: 2377 West Shaw Avenue, Suite 201, Fresno, California, 93711.

On **August 21, 2013,** I served the within:

1) Notice of Hearing on Motion to Confirm Debtors' 1st Modified Ch. 13 Plan;
2) Motion to Confirm Debtors' 1st Modified Ch. 13 Plan;
3) Declaration of Gary R. Phelps in Support of Motion to Confirm Debtors' 1st Modified Ch. 13 Plan;
5) 1st Modified Chapter 13 Plan
6) Amended Schedules I and J

Case Name:    GARY R. PHELPS and LINDA E. PHELPS
Case No.:     11-17325-A-13F

I served this document on all interested parties by placing a true copy thereof, enclosed in a envelope with postage thereon fully prepaid, in the United States Mail at Fresno, CA addressed as follows:

<u>*Via First Class Mail*</u>

| | |
|---|---|
| **Gary R. Phelps**<br>Linda E. Phelps<br>6427 N. 5th Street<br>Fresno, CA 93710 | **Michael H. Meyer**<br>Chapter 13 Trustee<br>PO Box 28950<br>Fresno, CA 93729-8950 |

**Office of the U.S. Trustee**
United States Court House
2500 Tulare Street, Rm 1401
Fresno, CA 93721

<u>*Special Notice Request:*</u>

| | |
|---|---|
| **HSBC BANK NEVADA, N.A.**<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | **GE MONEY BANK**<br>c/o Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |

**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

<u>*Creditors [Via First Class Mail]*</u>

### SEE ATTACHED LIST

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated on information and belief, and, as to those matters, I believe them to be true.

Dated: August 21, 2013

/s/ Sarah Scholar
Sarah Scholar, Paralegal
PASCUZZI, MOORE & STOKER
2377 W. Shaw Avenue, Suite 201
Fresno, California 93711

```
Label Matrix for local noticing        Jenelle C. Arnold                      BAC Home Loans Countrywide
0972-1                                  4375 Jutland Dr #200                   450 American St
Case 11-17325                           PO Box 17933                           Simi Valley CA 93065-6285
Eastern District of California          San Diego, CA 92177-7921
Fresno
Wed Aug 14 11:47:37 PDT 2013

BANK OF AMERICA, N.A.                   Back Bowl I LLC Series B               Benny D. Barco
Pite Duncan, LLP                        c/o Weinstein and Riley, PS            2377 W Shaw Ave #201
4375 Jutland Dr #200                    2001 Western Ave #400                  Fresno, CA 93711-3438
PO Box 17933                            Seattle WA 98121-3132
San Diego, CA 92177-7921


Patti H. Bass                           Bass Lake RV Resort                    Beneficial National Bank
3936 E Ft Lowell Rd #200                10467 E McKinley                       PO Box 15518
Tucson, AZ 85712-1083                   Sanger CA 93657-9424                   Wilmington DE 19850-5518


Capital One                             Capital One, N.A.                      Capital One, N.A.
PO Box 30281                            c/o Bass and Associates, P.C.          c/o Creditors Bankruptcy Service
Salt Lake City UT 84130-0281            3936 E Ft Lowell Rd #200               PO Box 740933
                                        Tucson AZ 85712-1083                   Dallas TX 75374-0933


Citbank N.A.                            CitiMortgage                           CitiMortgage Inc
c/o Citibank (South Dakota), N.A.       PO Box 9438                            PO Box 660065
Attn: Claims Dept. MC 2135              Gaithersburg MD 20898-9438             Dallas TX 75266-0065
701 E 60th Street North
Sioux Falls SD 57104-0432


CitiMortgage, Inc.                      Citibank SD NA                         Educational Employees Credit Union
PO Box 140609                           PO Box 6241                            PO Box 5242
Irving TX 75014-0609                    Sioux Falls SD 57117-6241              Fresno CA 93755-5242


GE MONEY BANK                           GEMB JC Penneys                        HSBC BANK NEVADA, N.A.
c/o Recovery Management Systems Corp.   PO Box 981402                          c/o Patti H. Bass
Attn:  Ramesh Singh                     Orlando FL 32896-5009                  3936 E Ft Lowell Rd #200
25 SE 2nd Ave #1120                                                            Tucson, AZ 85712-1083
Miami, FL 33131-1605


HSBC Bank Nevada, N.A. (Best Buy Co., Inc.)  Inn De Mexico                     Kohls Chase
Bass and Associates, P.C.               Avenida CAmaron Sabalo No 6291         N56W17000 Ridgewood Dr
3936 E Ft Lowell #200                                                          Menomonee Falls WI 53051-7096
Tucson AZ 85712-1083


Michael H. Meyer                        Michelle Phelps                        Office of the U.S. Trustee
PO Box 28950                            6427 N 5th St                          United States Courthouse
Fresno, CA 93729-8950                   Fresno CA 93710-4128                   2500 Tulare Street, Room 1401
                                                                               Fresno, CA 93721-1326


GARY R PHELPS                           LINDA E PHELPS                         Pep Boys GEMB
6427 N. 5th Street                      6427 N. 5th Street                     PO Box 981439
Fresno, CA 93710-4128                   Fresno, CA 93710-4128                  El Paso TX 79998-1439
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SLC Student Loan Trust<br>701 E 60th St N<br>Sioux Falls SD 57104-0432 | Sears Citibank SD NA<br>8725 W Sahara Ave<br>The Lakes NV 89163-0001 |
| SolarCity<br>1410 SW Morrison Street Suite 750<br>Portland OR 97205-1917 | The Home Depot<br>PO Box 6497<br>Sioux Falls SD 57117-6497 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| World s Foremost Bank<br>PO Box 82608<br>Lincoln NE 68501-2608 | eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Toyota Motor Credit Corporation<br>PO Box 8026<br>Cedar Rapids IA 52408-8026 | (d)Toyota Motor Leasing<br>5005 N River Blvd NE<br>Cedar Rapids IA 52411-6634 |

End of Label Matrix
Mailable recipients    37
Bypassed recipients     0
Total                  37